# PROCEEDING MEMO

**Date: 10/05/2023 01:30 pm**

**In re:    Alberta L. Cherepko**

**Bankruptcy No. 23-21176-CMB**
**Chapter: 13**
**Doc. #12**

**Appearances:** Ronda Winnecour, Dennis J. Spyra, Alberta Cherepko

**Nature of Proceeding:** #12 Contested June 12, 2023 Plan

**OUTCOME:** Hearing held. Case dismissed without prejudice.

FILED
10/6/23 8:41 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Carlota Böhm**
**U.S. Bankruptcy Judge**